**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| JAMES E. ROOP, JR., VICKIE L. ROOP, JENNIFER MILLER, AND SHAWN R. ROOP, | : No. 648 MAL 2019 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| Petitioner | : from the Order of the Superior Court |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| ARMSTRONG WORLD INDUSTRIES, INC., & BRENNTAG NORTHEAST, INC., | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.